IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKKE LEON GREEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-06-59-L |
| ) | |
| JOHN WHETSEL, SHERIFF, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on March 21, 2006. Petitioner, appearing *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. The Magistrate Judge recommended that this action be dismissed without prejudice due to petitioner's failure to comply with the court's previous orders. Petitioner has not submitted a motion to proceed *in forma pauperis*, paid the $5 filing fee, or submitted his petition on the proper form. Petitioner has not requested an extension of time to comply.

The court file reflects that no party has filed a written objection to the Magistrate Judge's Report and Recommendation. Upon *de novo* review of the entire case file in this matter, the court finds that the Report and Recommendation of the Magistrate Judge should be and is hereby adopted in its entirety.

**Accordingly, this action is DISMISSED WITHOUT PREJUDICE.** In light of this order, Petitioner's Application for Order Requiring Court Clerk to Mail Petitioner a Copy of the Habeas Petition **[Doc. No. 7] is DENIED.**

It is so ordered this 12th day of April, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge